# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Raghavender Mallannagari

                                Plaintiff,

v.                                         Case No.: 1:09−cv−01352

                                         Honorable Wayne R. Andersen

GSS America Inc, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2009:

      MINUTE entry before the Honorable Wayne R. Andersen:defendants motions to dismiss [8],[12], [17] are denied without prejudice and with leave to re−file after plaintiff's files an amended complaint on 6/19/2009. Motions terminated: Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.