# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RAGHAVENDER MALLANNAGARI,<br><br>　　Plaintiff,<br><br>vs.<br><br>GSS AMERICA, INC., GSS AMERICA INFOTECH, LTD., BHARGAV MAREPALLY, RAMISH YERRAMSETTI, PARUL PATEL, RAGHU ADLAKONDA, RICHARD CAPALBY, TSVETIMIRA BOEVA, DEERAJ AKULA, ASSOCIATES SYSTEMS LLC, TILAK CHALASANI, CES USA, INC.,<br><br>　　Defendants. | Case No.:　　09 CV 01352<br><br>Judge Andersen<br>Magistrate Judge Schenkier |

## ORDER

Pursuant to agreement and request of parties GSS America, Inc., GSS America Infotech, Ltd. and Plaintiff, based on the status of settlement discussions, Plaintiff's amended complaint may be filed on May 27, 2010.

DATED: June 1, 2010

_____
Honorable Wayne R. Andersen
United States District Court Judge