# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED That, in the interests of judicial efficiency, any pending civil cases previously pending before retired District Judge Wayne R. Andersen and needing further judicial attention should be noticed in front of Chief Judge James F. Holderman in Courtroom 2541 during his usual civil motion time at 9:00 a.m. on Tuesdays and Thursdays.

IT IS FURTHER ORDERED That this Order shall remain in effect until retired District Judge Wayne R. Anderson's pending civil cases have been reassigned to other district judges of this Court.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge

Dated at Chicago, Illinois this 2nd day of August 2010