**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Raghavender Mallannagari
                        Plaintiff,

v.                                      Case No.: 1:09–cv–01352
                                            Honorable Wayne R. Andersen

GSS America Inc, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 5, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:Settlement conference held. Settlement reached. The parties consent to the jurisdiction of the magistrate judge.Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.